PHILIP J. TRENCHAK, ESQ.
Nevada Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff, Breonna Fleming*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BREONNA FLEMING, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SOMERSET ACADEMY OF NEVADA, dba SOMERSET ACADMEY OF LAS VEGAS, a Domestic Non-Profit Corporation,<br><br>    Defendant(s). | CASE NO.:  2:22-cv-02111-CDS-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE ENE SCHEDULED FOR JUNE 6, 2023** |

All parties of record are attempting to resolve the underlying issues through a settlement. The parties request that the current ENE Scheduled for **June 6, 2023**, should be continued and a minimum of two (2) months beyond the current date of June 6, 2023 to allow the parties time to confer with their experts, witnesses, and clients to attempt to resolve this matter. Plaintiff has retained an expert and are compiling medical records for the expert to review. A Demand will be submitted to Defendants once all records have been received and reviewed.

///

///

///

1

Compiling these records may take several weeks which is the reason for the requested continuance of the ENE. This Stipulation is being submitted in good faith and not for the purpose of unnecessary delay.

Dated this 30th day of May, 2023.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
T: (702) 778-9444
*Attorney for Plaintiff*

**LAW OFFICES OF GARY P. SINKELDAM APC**

/s/ Anais M. Caccamo
Anais M. Caccamo
Nevada Bar No. 13083
Gary P. Sinkeldam, Esq.
Nevada Bar No. 6500
8540 S. Eastern Avenue, Suite 180
Las Vegas, NV 89123
T: (702) 866-0089
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** The Early Neutral Evaluation scheduled for June 6, 2023 is VACATED and **RESET** to **Thursday, August 10, 2023** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Thursday, August 3, 2023.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 10) remain in effect.

DATED: May 31, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2