**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Breonna Fleming, | **2:22-cv-02111-CDS-MDC** |
| Plaintiff(s), | |
| vs. | **Order** |
| Somerset Academy of Nevada, | |
| Defendant(s). | |

IT IS ORDERED that the *Stipulation for the Extension of Time* (ECF No. 25) is DENIED WITHOUT PREJUDICE TO REFILE. The parties did not comply with LR 26-3 and show excusable neglect.  The parties seek to extend the expert disclosure deadline, which passed before the stipulation. LR 26-3 provides, in relevant part: "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect."

DATED this 7th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge