```
 1  GARY P. SINKELDAM
    Nevada Bar No. 6500
 2  ANAIS M. CACCAMO
    Nevada Bar No. 13083
 3  8540 S. Eastern Avenue, Suite 180
    Las Vegas, Nevada 89123
 4  Tel (702) 866-0089
    Fax (702) 866-0093
 5
 6  Attorneys for Defendant Somerset Academy of Las Vegas, erroneously sued and served as
    Somerset Academy of Nevada, d/b/a, Somerset Academy of Las Vegas
 7
```

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| BREONNA FLEMING, an individual, | CASE NO.: 2:22-cv-02111-CDS-MDC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SOMERSET ACADEMY OF NEVADA, d/b/a, SOMERSET ACADEMY OF LAS VEGAS a Domestic Non-Profit Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Defendant SOMERSET ACADEMY OF NEVADA, d/b/a, SOMERSET ACADEMY OF LAS VEGAS, erroneously sued and served as SOMERSET ACADEMY OF NEVADA, d/b/a SOMERSET ACADEMY OF LAS VEGAS, by and through its attorneys of record, the LAW OFFICES OF GARY P. SINKELDAM, APC and Plaintiff, BREONNA FLEMING, by and through her attorneys of record, MULLINS & TRENCHAK, ATTORNEYS AT LAW, that the entire action brought by Plaintiff BREONNA FLEMING shall be dismissed with prejudice, each party to bear its own costs and attorneys fees.

~~IT IS FURTHER STIPULATED that the trial date of this matter shall be vacated.~~

//

//

//

IT IS SO STIPULATED.

DATED this (k)lay of July, 2024

MULLINS & TRENCHAK

_____
Phifip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy
Las Vegas, NV 89104
*Attorney for Plaintiff*

DATED this 17th day of July, 2024.

LAW OFFICE OF GARY P. SINKELDAM, APC.

_____
Anais M. Caecano, Esq.
Nevada Bar No. 13083
8540 S. Eastern Avenue, Ste. 180
Las Vegas, NV 89123
*Attorney for Defendant*

. . . .

. . . .

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
UNITED STATES DISTRICT JUDGE

DATED:   July 26, 2024

2